1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MARC DAYS, Bar #184098
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE S. CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 6:07-mj-0240 WMW |
|---|---|
| Plaintiff, | ) ***A M E N D E D*** |
| | ) STIPULATION TO CONTINUE SENTENCING |
| v. | ) HEARING; ORDER |
| JORGE S. CERVANTES, | ) |
| | ) Date: March 19, 2008 |
| Defendant. | ) Time: 10:00 A.M. |
| | ) Judge: Hon. William M. Wunderlich |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for February 12, 2008, **may be continued to March 19, 2008, at 10:00 a.m.**

This stipulation is requested by Counsel for Defendant because defense counsel has no other cases on calendar in Yosemite National Park on the currently set date and is scheduled to appear in another matter on March 19, 2008. Continuing the matter will conserve time and resources.

///
///
///
///
///
///

|   |   |   |
|---|---|---|
| | | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: February 7, 2007 | By | /s/ Beth Waldow<br>BETH WALDOW<br>Legal Officer<br>Attorney for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: February 7, 2007 | By | /s/ Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant<br>JORGE S. CERVANTES |

**ORDER**

IT IS SO ORDERED.

**Dated:   February 11, 2008**          /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE