DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE S. CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 6:07-mj-0240 WMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING; ORDER |
| v. | ) | |
| | ) | |
| JORGE S. CERVANTES, | ) | Date:   April 17, 2008 |
| | ) | Time:  10:00 A.M. |
| Defendant. | ) | Judge: Hon. William M. Wunderlich |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record herein, that the sentencing hearing in the above captioned matter now

scheduled for March 19, 2008, **may be continued to April 17, 2008, at 10:00 a.m.**

This stipulation is requested by Counsel for Defendant because oral argument on virtually identical

issues is scheduled in this case and the matter of *United States v. Martinez*, 6:07-mj-00188 WMW; both

matters were scheduled for oral argument on March 19, 2008; *Martinez* has been continued to April 17,

///
///
///
///
///
///

1   2008, at 10:00 A.M.  Continuing the hearing in this instant matter will provide judicial economy and

2   conserve  time and resources for all parties.

3                                                  McGREGOR M. SCOTT
                                                   United States Attorney

4

5   DATED: March 18, 2008                  By   /s/  Beth Waldow
                                                   BETH WALDOW

6                                                  Legal Officer
                                                   Attorney for Plaintiff

7

8                                                  DANIEL J. BRODERICK
                                                   Federal Defender

9

10  DATED: March 18, 2008                  By   /s/ Marc Days
                                                   MARC DAYS

11                                                 Assistant Federal Defender
                                                   Attorney for Defendant

12                                                 JORGE S. CERVANTES

13

14                                  **ORDER**

15      **IT IS SO ORDERED**.

16          DATED:  March _____, 2008

17

18                                                 WILLIAM M. WUNDERLICH
                                                   United States Magistrate Judge

19

20  IT IS SO ORDERED.

21  **Dated:  ___March 18, 2008___          _____/s/  William M. Wunderlich_____**
                                                   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Cervantes - Stipulation and Proposed Order to
Continue Sentencing Hearing                    2